IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

BILLY JOE BLEDSOE                                                                                       PLAINTIFF

　　　　　　v.                              Civil No. 4:16-cv-04058

JOHN DOE DOCTOR, CCS Medical
Services; SEQ SRG HATFIELD, Southwest
Arkansas Community Correction Center (SWACCC);
CRP WHITE; SWACCC; CAPTAIN WALKER,
SWACCC; and BOBBIE McDOWELL, SWACCC                              DEFENDANTS

**ORDER**

　　Plaintiff Billy J. Bledsoe originally filed his complaint *pro se* on June 30, 2016. ECF No. 1. That same day the Court entered an Order finding Plaintiff had failed to provide the Court with a complete complaint form and failed to submit an *in forma pauperis* ("IFP") application. ECF No. 3. Before the Court is Plaintiff's failure to submit a completed complaint form and IFP and his failure to show cause as to why he has not submitted these documents. Also before the Court is Plaintiff's Motion to Compel. ECF No.8.

　　1. **Plaintiff's failure to submit completed complaint form and IFP application.**

　　The Order entered on June 30, 2016 (ECF No. 3) gave Plaintiff until July 16, 2016 to submit a completed complaint form and IFP application to the Court. The Order also stated that failure to comply with the Order would result in the complaint becoming subject to summary dismissal for failure to obey an order of the Court. ECF No. 3. On August 31, 2016 this Court entered an Order to Show Cause by September 12, 2016 as to why he has not submitted a completed complaint form and an IFP application. To date the Court has not received a completed complaint form or an IFP application from Plaintiff.

1

**Accordingly, Plaintiff is ORDERED to submit a completed complaint form and an IFP application by Friday, October 14, 2016. Failure to comply with this Order will result in the complaint becoming subject to summary dismissal for failure to obey an order of the Court.**

2. **Plaintiff's Motion to Compel (ECF No. 8)**

On September 28, 2016 Plaintiff filed a motion "to suppress any and all records, videotapes recording of visits, camera video of the above Case No 16-4058…". The Court is treating Plaintiff's motion as one to compel production of this information. Plaintiff's motion is premature in that he has not yet submitted a completed complaint or an IFP application.

Accordingly, Plaintiff's Motion to Compel (ECF No. 8) is **DENIED.**

The Clerk is **directed** to mail Plaintiff a blank § 1983 complaint form and a blank IFP application to Plaintiff. The Clerk is **directed** to accept no further motions or pleadings, other than a complaint form and IFP application, without prior approval from the Court.

**IT IS SO ORDERED this 29th day of September 2016.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE